THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. HUNT, Respondent, *v.* FAYETTEVILLE AND SYRACUSE RAILROAD AND TURNPIKE COMPANY, Appellant.

*People ex rel. Hunt* v. *Fayetteville & Syr. R..R. & T. Co.*, 157 App. Div. 901, affirmed.

(Argued June 17, 1913 ; decided June 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term adjudging that the rights, privileges and franchises of defendant to maintain a certain toll road had expired.

*C. A. Hitchcock* for appellant.

*Thomas Carmody, Attorney-General (F. J. O'Neill* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BART-LETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.